UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-cr-00040-H-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENITO ARMENDARIZ-TAMEZ | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 65 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 7th day of August, 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge